ALESHIRE & WYNDER, LLP
NORMAN A. DUPONT, State Bar No. 85008
  ndupont@awattorneys.com
2659 Townsgate Road, Suite 226
Westlake Village, CA 91361
Telephone: (805) 495-4770
Facsimile: (949) 223-1180

Attorneys for Defendant,
CITY OF CYPRESS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES MARQUEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF CYPRESS, a municipal corporation; SCOTT MINIKUS, individually and in his capacity as a member of the Cypress City Council; BONNIE PEAT; individually and in her capacity as a member of the Cypress City Councils City Council; ANNE MALLARI, individually and in her capacity as a member of the Cypress City Council; PETER GRANT, individually and in his capacity as the City Manager of the City of Cypress,<br><br>　　　　Defendants. | Case No. 8:24-CV-01835-ODW (JDEx)<br>The Hon. Otis D. Wright, II<br><br>**STIPULATION TO EXTEND TIME FOR INDIVIDUAL DEFENDANTS TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br><br>Complaint Served: Dec. 12, 2024<br>Current Response Date: January 2, 2025<br>New Response Date: February 3, 2025 |

/ / /

/ / /

/ / /

01004.0091/1041702.4

STIPULATION TO EXTEND TIME FOR INDIVIDUAL DEFENDANTS TO RESPOND TO COMPLAINT

**TO THE COURT:**

Defendants, City of Cypress ("City") and individual defendants Scott Minikus, Bonnie Peat, Anne Mallari and Peter Grant ("Individual Defendants), and Plaintiff, Frances Marquez ("Plaintiff"), hereby stipulate that:

Individual Defendants ("Defendants"), specifically Scott Minikus, Bonnie Peat, Anne Mallari, and Peter Grant named in both their individual and official capacities, who were served on December 12, 2024 and whose normal deadline for filing a response would be January 2, 2025, shall have an additional 30 days, i.e., up to and including February 3, 2025, to respond to Plaintiff's initial Complaint.

Pursuant to Local Rule 8.3, the parties understand that this stipulation is not subject to formal approval by the Court.

DATED: December 30, 2024     AEMS TRIAL FIRM, APC
                             ADAM SECHOOLER

                             By: _____/s/ Adam Sechooler_____
                                 ADAM SECHOOLER
                                 Attorneys for Plaintiff, FRANCES MARQUEZ

DATED: December 30, 2024     BROWER LAW GROUP, APC
                             LEE K. FINK

                             By: _____/s/ Lee K. Fink_____
                                 LEE K. FINK
                                 Attorneys for Plaintiff, FRANCES MARQUEZ

DATED: December 30, 2024     ALESHIRE & WYNDER, LLP
                             NORMAN A. DUPONT

                             By: _____/s/ Norman A. Dupont_____
                                 NORMAN A. DUPONT
                                 Attorneys for Defendant, CITY OF CYPRESS

01004.0091/1041702.4

-2-

STIPULATION TO EXTEND TIME FOR INDIVIDUAL DEFENDANTS TO RESPOND TO COMPLAINT

# PROOF OF SERVICE

**(Frances Marquez v. City of Cypress, et al.)**
**US Central District Court (Santa Ana) Case No. 8:24-cv-1835-ODW (JDEx)**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 1 Park Plaza, Suite 1000, Irvine, CA 92614.

On December 31, 2024, I served true copies of the following document(s) described as **STIPULATION TO EXTEND TIME FOR INDIVIDUAL DEFENDANTS TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 31, 2024, at Irvine, California.

*/s/ Debra E. Vaillancourt*
Debra E. Vaillancourt

**SERVICE LIST**
(*Frances Marquez v. City of Cypress, et al.*)
U.S. Central District Court (Santa Ana) Case No. 8:24-cv-1835-ODW (JDEx)

| | |
|---|---|
| Adam Sechooler, Esq.<br>**AEMS TRIAL FIRM, APC**<br>901 W. Civic Center Dr., Suite 200<br>Santa Ana, CA  92703<br>(657) 321-9196<br>ASechooler@AEMSFirm.com | Attorneys for Plaintiff<br>**FRANCES MARQUEZ** |
| Lee K. Fink, Esq.<br>**BROWER LAW GROUP, APC**<br>100 Pacifica, Suite 160<br>Irvine, CA  92618<br>(949) 668-0825<br>Lee@BrowerLawGroup.com | Co-Counsel for Plaintiff<br>**FRANCES MARQUEZ** |