|    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |                                                                                                                                                                                                                                                         |
|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 10 | FRANCES MARQUEZ, an individual, | Case No. 8:24-CV-01835-ODW (JDEx) |
| 11 | Plaintiff, | The Hon. Otis D. Wright, II |
| 12 | v. | **ORDER RE: STIPULATION TO FURTHER EXTEND TIME FOR INDIVIDUAL DEFENDANTS TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| 13-19 | CITY OF CYPRESS, a municipal corporation; SCOTT MINIKUS, individually and in his capacity as a member of the Cypress City Council; BONNIE PEAT; individually and in her capacity as a member of the Cypress City Councils City Council; ANNE MALLARI, individually and in her capacity as a member of the Cypress City Council; PETER GRANT, individually and in his capacity as the City Manager of the City of Cypress, Defendants. | Action Filed:   August 20, 2024 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

01004.0091/1049514.1

[PROPOSED] ORDER RE: STIPULATION TO FURTHER EXTEND TIME FOR INDIVIDUAL DEFENDANTS TO RESPOND TO COMPLAINT

On December 31, 2024, Plaintiff, FRANCES MARQUEZ and Defendant, CITY and the Individual Defendants, filed a stipulated request to extend the deadline for the individual defendants to respond to and including February 3, 2025. (Doc. No. 27). The Court finds good cause to approve the stipulated request for a second 30-day extension.

Accordingly, IT IS HEREBY ORDERED that the Individual Defendants, shall have a further extension to file a responsive pleading to the Complaint on or before March 3, 2025.

**IT IS SO ORDERED.**

Dated: February 3., 2025    _____

THE HONORABLE OTIS D. WRIGHT, II